**William K. Hanagami, SBN 119832**
**THE HANAGAMI LAW FIRM**
**A PROFESSIONAL CORPORATION**
**5950 CANOGA AVENUE, SUITE 130**
**WOODLAND HILLS, CA 91367-5035**
**(818) 716-8570 / (818) 716-8569** *FAX*
**BillHanagami@esquire.la**

**Abram J. Zinberg, SBN 143399**
**THE ZINBERG LAW FIRM**
**A PROFESSIONAL CORPORATION**
**412 OLIVE AVENUE, SUITE 528**
**HUNTINGTON BEACH 92648**
**(714) 374-9802 / (714) 969-0910** *FAX*
**AbramZinberg@gmail.com**

Attorneys for Plaintiff, Donald Gordon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GORDON,<br><br>    Plaintiff,<br><br>vs.<br><br>GOLD COAST HEALTH PLAN, a public entity; VENTURA COUNTY MEDI-CAL MANAGED CARE COMMISSION, a public entity, dba Gold Coast Health Plan; and REGIONAL GOVERNMENT SERVICES, a public entity,<br><br>    Defendants. | CASE NO.: 11-CV-5500-JFW(AJWx)<br><br>JOINT STATUS REPORT RE ARBITRATION |

COME NOW, Plaintiff Donald Gordon (Gordon), and Defendant Regional Government Services (RGS), and jointly submit the following status report.

On May 2, 2014, the Court issued its order compelling Gordon and RGS to resolve their disputes through binding arbitration, and stayed the balance of this action (i.e., Gordon's claims against defendant Ventura County Medi-Cal Managed Care Commission, dba Gold Coast Health Plan (Gold Coast).)

Subsequently, Gordon requested Gold Coast to voluntarily submit his claims against Gold Coast as part of the Gordon v. RGS arbitration. Gordon and RGS agreed to await Gold

Coast's response before attempting to select an arbitrator so that Gold Coast could participate in the selection of the arbitrator if Gold Coast decided to join the arbitration. Ultimately, Gold Coast declined to submit to arbitration.

During July 2014, Gordon and RGS selected the Hon. William Sheffield, judge retired, as the arbitrator, and so reported in their Joint Status Report filed July 29, 2014.

During August 2014, Gordon and RGS learned that Judge Sheffield would not accept the arbitration assignment due to retirement. Subsequently, Gordon and RGS were unable to agree upon the selection of another arbitrator. As a result, pursuant to the terms of Gordon's employment agreement with RGS, during October 2014 Gordon and RGS applied to State Mediation & Conciliation Service for the selection of a list of arbitrators. Gordon and RGS subsequently agreed to the selection of Sara Adler as arbitrator.

Gordon and RGS have commenced written discovery and are in the process of completing same.

THE ZINBERG LAW FIRM
A Professional Corporation

THE HANAGAMI LAW FIRM
A Professional Corporation

Dated: April 27, 2015    By:/s/William K. Hanagami
William K. Hanagami
Attorney for Plaintiff, Donald Gordon

DECLUES, BURKETT & THOMPSON, LLP

Dated: April 27, 2015    By:/s/Jeffrey P. Thompson
Jeffrey P. Thompson
Jennifer K. Berneking
Attorneys for Defendant, Regional Government Services

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2015, I electronically transmitted the attached document to the United States District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Abram J. Zinberg (AbramZinberg@gmail.com) | Attorney for Plaintiff, Donald Gordon |
| Nancy Kierstyn Schreiner (NSchreiner@andersonkill.com)<br>Robert L. Hernandez (RHernandez@andersonkill.com) | Attorneys for Defendant, Ventura County Medi-Cal Managed Care Commission, dba Gold Coast Health Plan |
| Jeffrey P. Thompson (JThompson@dbtlaw.com)<br>Jennifer K. Berneking (JBerneking@dbtlaw.com) | Attorneys for Defendant, Regional Government Services |

                                                */s/William K. Hanagami*
                                                William K. Hanagami